New Orleans Association of Commerce

vs

Edward W. Pierson, doing business as
4000 Tire Service Comoany

( City Court Case
Juvenile appeal civil judge )

On Motion to dismiss Appeals.

Article II33 of our Code of Practice provides that: "no appeal shall be allowed from any judgment renderred by a justice of the peace in the parish of Orleans, after the expiration of ten judicial days from the signing of the judgment and its notification to the party cast." and this recordxxkxxxgx showing that defendent and appellant had allowed more than ten days to elapse beforeix filing his motion of appeal, it is incumbent upon this Court to dismiss both the Suspensive and Devolutive Appeals filed herein.

It is therefpre orderred adjudged and decredd that the Suspensive and Devolutive Appeals taken by Edward W. Pierson, doing business as the 4000 Tire Service company, defendent and appellant herein be dismissed, at his costs.

_____
Judge.